UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIXIE E. MORGAN and
ROBERT J. SIATKOWSKI,

    Plaintiffs,

v.                                          Case No.  8:11-cv-1041-T-24 MAP

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Abate Proceedings.  (Doc. No. 5).  Plaintiffs have not filed a response in opposition, and they have telephonically informed the Court that they do not oppose the motion.

On May 11, 2011, Plaintiffs filed this bad faith case against their automobile insurer due to a judgment entered against them in state court regarding a car accident.  The state court judgment was entered on July 7, 2010, and it was affirmed on May 4, 2011.  However, after they filed the instant case, Plaintiffs filed a motion for rehearing with the appellate court.  As a result, Defendant has moved to stay this case during those proceedings, since a bad faith claim is not ripe until the underlying litigation is fully resolved.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Defendant's Motion to Abate Proceedings (Doc. No. 5) is **GRANTED**.

(2)    The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.

(3)    On August 1, 2011 and the first of every month thereafter, Plaintiff shall file a status report with the Court detailing the status of the underlying proceedings.

(4)     Either party may move to return this case to active status at any time.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of June, 2011.

>                            *Susan C. Bucklew*
>                            SUSAN C. BUCKLEW
>                            United States District Judge

Copies to:
Counsel of Record